# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KATHRYN E. STRAYER, a/k/a Kathryn ) <br> E. Estes, and VILLAGE OF DIVERNON, ) <br> ) <br> Defendants. ) | Case No.  10-CV-3138 |

## ORDER

A Report and Recommendation (#14) was filed by Magistrate Judge Byron G.. Cudmore in the above cause on December 16, 2010.  More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc.  v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#14) is accepted by this court.

(2) The Judgment of Foreclosure will be entered by the Court.

(3) This case is terminated.

ENTERED this 5th day of January, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE